**RECEIVED**

JUN 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KENYUN TYRONE GRAY**<br>**LA. DOC #386824** | **CIVIL ACTION NO. 6:15-cv-2587** |
| VS. | SECTION P |
| | **JUDGE REBECCA F. DOHERTY** |
| **EDDIE SOILEAU, ET AL.** | **MAGISTRATE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b) and and LR41.3W.

**THUS DONE AND SIGNED**, in Chambers, Lafayette, Louisiana, on this ___30___ day of ___June___, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE